*13-10-273-CR*

**2/23/2015**
**Aguilar, Samuel**           **Tr. Ct. No. 09-253**           **PD-1379-14**
I have this day received and filed the Appellant's Pro Se Motion for Rehearing in the above-styled and numbered cause.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *